UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:25-cv-00206

**Justin Tatum,**
*Plaintiff,*

v.

**Farid Karimi,**
*Defendant.*

# ORDER

Plaintiff sued defendants Zip Capital Group, LLC, and Farid Karimi for alleged violations of the Telephone Consumer Protection Act and the Texas Business and Commerce Code. Doc. 1. The case was referred to a magistrate judge.

Plaintiff served and then dismissed defendant Zip Capital Group because he and Zip Capital Group "resolved their case." Docs. 3, 5. Plaintiff filed no proof of service for defendant Farid Karimi. The magistrate judge ordered plaintiff to show cause why his claims against Karimi should not be dismissed for failure to timely effect service of process. Doc. 4. Plaintiff received the order (Doc. 6) but did not respond or submit proof of timely service. *See* Doc. 7 at 1. The magistrate judge subsequently issued a report recommending dismissal without prejudice for failure to prosecute. *Id.* at 2. No party filed written objections.

Ordinarily, the court reviews the objected-to portions of a magistrate judge's report and recommendation de novo. 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(3). But when there have been no timely objections to a report, "the court need only satisfy itself that there is no clear error on the face of the record." Fed. R. Civ. P. 72(b), advisory committee's notes to 1983 amendment.

Having reviewed the record and being satisfied that there is no error, the court accepts the report's findings and recommendation. All remaining claims in this matter are dismissed without

prejudice for failure to prosecute. Any pending motions are denied as moot.

*So ordered by the court on January 16, 2026.*

J. CAMPBELL BARKER
United States District Judge